IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**SHIRLEY PITTMAN, et al,**

    **Defendants.**                                              Case No. 05-cr-30133-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is defendant Shirley Pittman's Motion to Withdraw and For Appointment of Other Counsel (Doc. 227). Said Motion is hereby **GRANTED**. Due to a recently developed breakdown of their attorney-client relationship, defendant Shirley Pittman's current appointed counsel, Brian Trentman, is hereby allowed to withdraw from this case. Defendant Shirley Pittman has further requested the Court appoint a substitute CJA attorney to represent her in this matter. Therefore, the Court **APPOINTS** attorney John M. Delaney, Jr., as CJA counsel to represent defendant Shirley Pittman in this matter.

    **IT IS SO ORDERED.**

Signed this 6th day of September, 2006.

                                          /s/     David RHerndon
                                          **United States District Judge**